UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD R. RUDD, JR., et al.,<br><br>　　　　　Defendants. | CASE NO. C14-5434 BHS<br><br>ORDER DENYING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME |

　　　This matter comes before the Court on Defendants Sherilyn Gallegos and Richard R. Rudd, Jr.'s ("Defendants") motion for extension of time (Dkt. 70).

　　　On October 15, 2014, the Clerk entered default against Defendants. Dkt. 65. On October 20, 2014, Defendants filed the instant motion requesting an additional two weeks to answer the complaint. Dkt. 70. On October 21, 2014, the Government responded and requested that the Court deny the motion without prejudice because the default must be set aside before an answer may be filed. Dkt. 71. The Court agrees with the Government. Therefore, the Court **DENIES without prejudice** Defendants' motion for

1  an extension of time.  If the Court grants Defendants' motion to set aside the default (Dkt.
2  73), Defendants may then file a motion for an extension if necessary.
3       **IT IS SO ORDERED**.
4       Dated this 3rd day of November, 2014.

BENJAMIN H. SETTLE
United States District Judge